# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MED FLIGHT AIR AMBULANCE, INC.,

    Plaintiff,

v.

MGM RESORTS INTERNATIONAL, SIERRA
HEALTH-CARE OPTIONS, UMR, INC., and
BEATRIZ HERNANDEZ, SPECIAL
ADMINISTRATOR OF THE ESTATE OF ADRIAN
HERNANDEZ, DECEASED,

    Defendants.

Case No. 1:17-cv-00246-WJ-KRS

## ORDER GRANTING UNOPPOSED MOTION TO ENLARGE TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED ERISA COMPLAINT FILED IN FEDERAL COURT FOR LACK OF PERSONAL JURISDICTION

THIS MATTER having come before the Court on the Unopposed Motion to Enlarge Time to File Reply in Support of Motion to Dismiss First Amended ERISA Complaint Filed in Federal Court for Lack of Personal Jurisdiction [Doc. 21], filed by Defendant MGM Resorts, International ("MGM"), the Court having read the Motion, reviewed the Court's file, and otherwise being fully advised on the premises,

    FINDS:

MGM's Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that MGM is granted an extension to file its Reply in Support of MGM's Motion to Dismiss First Amended ERISA Complaint Filed in Federal Court for Lack of Personal Jurisdiction [Doc. 21] until: (i) fourteen (14) days after the final determination of the parties' pending jurisdictional discovery disputes, if

Plaintiff's Expedited Motion to Compel [Doc. 39] is denied; and (ii) fourteen (14) days after the filing by Plaintiff of any supplemental Response to MGM's Motion to Dismiss (or confirmation that no such supplemental Response will be filed), if the Motion to Compel is granted.

_____
United States District Judge

**SUBMITTED BY:**

BROWNSTEIN HYATT FARBER SCHRECK, LLP


By */s/ Eric R. Burris*
    Eric R. Burris
    Nury H. Yoo
    201 Third Street NW, Suite 1700
    Albuquerque, NM 87102
    Telephone: 505.244.0770
    Facsimile: 505.244.9266
    Email: eburris@bhfs.com; nyoo@bhfs.com
    *Attorneys for Defendant MGM Resorts, International*


**APPROVED BY:**

J. EDWARD HOLLINGTON & ASSOCIATES, P.A.


By *Approved via electronic mail – 8/17/17*
    J. Edward Hollington
    708 Marquette Avenue N.W.
    Albuquerque, NM 87102-2035
    Telephone: 505.843.9171
    Facsimile: 505.843.7027
    Email: Edward708@aol.com
    *Attorneys for Plaintiff Med Flight Air Ambulance, Inc.*

ORDER GRANTING UNOPPOSED MOTION TO
ENLARGE TIME TO FILE REPLY IN SUPPORT
OF MOTION TO DISMISS FIRST AMENDED
ERISA COMPLAINT FILED IN FEDERAL COURT
FOR LACK OF PERSONAL JURISDICTION
Page 2 of 3

LEWIS ROCA ROTHGERBER CHRISTIE LLP


By  *Approved via electronic mail – 8/17/17*
   John C. West
   201 East Washington Street, Suite 1200
   Phoenix, AZ 85004
   Telephone:  602.262.5311
   Facsimile:   602.262.5747
   Email:  jwest@lrrc.com
   *Attorneys for Defendant UMR, Inc.*


15800805

**ORDER GRANTING UNOPPOSED MOTION TO
ENLARGE TIME TO FILE REPLY IN SUPPORT
OF MOTION TO DISMISS FIRST AMENDED
ERISA COMPLAINT FILED IN FEDERAL COURT
FOR LACK OF PERSONAL JURISDICTION
Page 3 of 3**