IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MED FLIGHT AIR AMBULANCE, INC.,

    Plaintiff,

                                No. 1:17-cv-00246-WJ-KRS

v.

MGM RESORTS INTERNATIONAL;
and UMR, INC.,

    Defendants.

### ORDER FINDING GOOD CAUSE TO DELAY ENTRY OF RULE 16 SCHEDULING ORDER

**THIS MATTER** comes before the Court following a telephonic status conference held on November 14, 2017. During the conference, the parties and the Court discussed the Court's obligation to enter a scheduling order under Federal Rule of Civil Procedure 16 or find good cause to delay entry of such an order. *See* Fed. R. Civ. P. 16(b)(2) (requiring the Court to "issue the scheduling order as soon as is practicable, but unless the judge finds good cause for delay, the judge must issue it within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared"). After hearing from the parties and in light of the pending motion to dismiss for lack of personal jurisdiction, the Court found good cause to delay entering a scheduling order.

**IT IS, THEREFORE, ORDERED** that good cause exists to delay entering a Rule 16 scheduling order for the reasons stated on the record. The Court shall not issue a scheduling order until resolution of the pending motion to dismiss for lack of personal jurisdiction.

                                                  _____
                                                  KEVIN R. SWEAZEA
                                                  UNITED STATES MAGISTRATE JUDGE