# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MED FLIGHT AIR AMBULANCE, Inc.,

      Plaintiff,

v.                                       No. 1:17-cv-246-WJ-KRS

MGM RESORTS INTERNATIONAL,
SIERRA HEALTH-CARE OPTIONS,
UMR, Inc., and BEATRIZ HERNANDEZ,
Special Administrator of the estate of Adrian
Hernandez, Deceased,

      Defendants.

## ORDER GRANTING MOTION TO STAY DISCOVERY

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Stay Initial Scheduling Order (Doc. 71), filed December 11, 2017. As detailed in its request, Plaintiff represents that UMR, Inc., the only remaining defendant in this action, does not oppose the motion at bar. The Court, being fully advised in the premises, FINDS and CONCLUDES that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the deadlines and Rule 16 conference date set forth in the parties' Initial Scheduling Order (Doc. 68), entered November 28, 2017, are hereby vacated.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE